IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD A. MOORE, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-3285-D |
| | § | |
| DALLAS COUNTY COMMUNITY | § | |
| SUPERVISIONS AND | § | |
| CORRECTIONS DEPT. and | § | |
| WILLIAM STEPHENS, Director | § | |
| TDCJ-CID, | § | |
|    Respondents. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the May 13, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

It is ordered that respondent William Stephens is dismissed as a party to this case.

Signed July 28, 2015.

              _____
              SIDNEY A. FITZWATER
              UNITED STATES DISTRICT JUDGE